IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MISTY JACKSON, ET AL.                                                                    PLAINTIFFS

vs.                                      CASE NO. **4:04CV00621GH**

WYETH, ET AL.                                                                              DEFENDANTS

## **ORDER**

The motions of Robert M. Schick and Tim Atkeson to appear pro hac vice are hereby granted.

IT IS SO ORDERED this 7th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-