IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MISTY JACKSON, ET AL.                                                      PLAINTIFFS

vs.                              CASE NO. **4:04CV00621GH**

WYETH, ET AL.                                                              DEFENDANTS

## **ORDER**

     The motions of Peter A. Tomaras and Robbielee Brownhill Hull to appear pro hac vice for Wyeth are hereby granted.   The motion of Indevus Pharmaceuticals for Edward W. Gerecke and Amy Furness to appear pro hac vice are hereby granted. The motion of James D. Sill for admission pro hac vice for plaintiffs is hereby granted.   The motion of Indevus Pharmaceuticals for extension of time to file motions for summary judgment is granted.   Indevus shall have until January 12, 2007, to file its motion for summary judgment.

     IT IS SO ORDERED this 5th day of January, 2007.

                                                      */s/ George Howard Jr.*
                                                   UNITED STATES DISTRICT JUDGE